wheel A

18 CRIM 868

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X

UNITED STATES OF AMERICA

    - v. -

JORGE RODRIGUEZ LOPEZ,

              Defendant.

------------------------------------ X

**NOTICE OF INTENT TO
FILE AN INFORMATION**

18 Cr.

JUDGE STEIN

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
            November 28, 2018

                           GEOFFREY S. BERMAN
                           Acting United States Attorney

                    By:  _____
                           Thane Rehn
                           Assistant United States Attorney

AGREED AND CONSENTED TO:

                    By:  _____
                           Ezra Spilke, Esq.
                           Attorney for Jorge Rodriguez Lopez

USDC ELECTRONICALLY FILED
FILED: 11/28/18