UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :     INFORMATION

        - v. -                 :     18 Cr.

JORGE RODRIGUEZ LOPEZ,          :

              Defendant.       :

- - - - - - - - - - - - - - - - - x

**USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: _____ / DATE FILED: DEC 0 6 2018**

**18 CRIM 868**



JUDGE STEIN

#### COUNT ONE

The United States Attorney charges:

1. From in or about January 2015 through on or about July 9, 2018, in the Southern District of New York and elsewhere, JORGE RODRIGUEZ LOPEZ, the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that JORGE RODRIGUEZ LOPEZ, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substances that JORGE RODRIGUEZ LOPEZ, the defendant, conspired to distribute and possess with intent to distribute were a quantity of mixtures and substances

containing a detectable amount of p-fluoroisobutyryl fentanyl, which is an analogue of fentanyl, U-47700, oxycodone, and hydrocodone, in violation of 21 U.S.C. § 841(b)(1)(C).

(Title 21, United States Code, Section 846.)

**FORFEITURE ALLEGATION**

4. As a result of committing the offense alleged in in Count One of this Information, JORGE RODRIGUEZ LOPEZ, the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense that the defendant personally obtained.

**Substitute Assets Provision**

5. If any of the above-described forfeitable property, as a result of any act or omission of JORGE RODRIGUEZ LOPEZ, the defendant:

2

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

    (Title 21, United States Code, Section 853.)

                   _/s/ Geoffrey Berman_
                    GEOFFREY S. BERMAN
                    United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JORGE RODRIGUEZ LOPEZ,

Defendant.

## INFORMATION

18 Cr.

(21 U.S.C. § 846.)

GEOFFREY S. BERMAN
United States Attorney.