# Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K<br>
Brooklyn, New York 11230<br>
t: (718) 783-3682<br>
e: ezra@spilkelaw.com<br>
www.spilkelaw.com

March 4, 2019

**BY ECF**
Hon. Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Jorge Rodriguez Lopez*, No. 18-CR-868-

Dear Judge Stein:

I write to respectfully request an adjournment of the sentencing hearing scheduled for March 7, 2019. I have conferred with counsel for the government, who consents to this request.

The reason for this request is that I am currently on trial before the Honorable Paul G. Gardephe in *United States v. Latique Johnson et al.*, No. 16-CR-281. Trial commenced on February 19, 2019, and is expected to last through the month of March. (Trial was delayed eight days due to the disruptions with legal visiting and other conditions at the MDC Brooklyn. Due to that adjournment, Judge Gardephe also modified our trial days so that we now break at 2:30, further lengthening the duration of trial somewhat.) In addition, the Probation Department disclosed the final presentence report on February 28, 2019, which I will need to review with Mr. Rodriguez Lopez with the aid of an interpreter. Accordingly, Mr. Rodriguez Lopez respectfully requests an adjournment of the sentencing hearing of approximately forty-five days. Thank you for your attention to this matter.

Respectfully submitted,

 */s Ezra Spilke*
Ezra Spilke
1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
(718) 783-3682
*Counsel for Jorge Rodriguez Lopez*

Cc:   AUSA Nathan Rehn by ECF