## Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
t: (718) 783-3682
e: ezra@spilkelaw.com
www.spilkelaw.com

March 4, 2019

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/19**

**BY ECF**
Hon. Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Jorge Rodriguez Lopez*, No. 18-CR-868-

Dear Judge Stein:                                       **MEMO ENDORSED**

I write to respectfully request an adjournment of the sentencing hearing
scheduled for March 7, 2019. I have conferred with counsel for the government, who
consents to this request.

The reason for this request is that I am currently on trial before the
Honorable Paul G. Gardephe in *United States v. Latique Johnson et al.*, No. 16-CR-
281. Trial commenced on February 19, 2019, and is expected to last through the
month of March. (Trial was delayed eight days due to the disruptions with legal
visiting and other conditions at the MDC Brooklyn. Due to that adjournment, Judge
Gardephe also modified our trial days so that we now break at 2:30, further
lengthening the duration of trial somewhat.) In addition, the Probation Department
disclosed the final presentence report on February 28, 2019, which I will need to
review with Mr. Rodriguez Lopez with the aid of an interpreter. Accordingly, Mr.
Rodriguez Lopez respectfully requests an adjournment of the sentencing hearing of
approximately forty-five days. Thank you for your attention to this matter.

*The sentencing is adjourned
to April 24 at 2:30 pm. Defense
submissions are due two weeks prior to
sentencing; government submissions are due one
week prior
to sentencing*

SO ORDERED 3/5/19

_____
SIDNEY H. STEIN
U.S.D.J.

Respectfully submitted,

*/s Ezra Spilke*
_____
Ezra Spilke
1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
(718) 783-3682
*Counsel for Jorge Rodriguez Lopez*

Cc:   AUSA Nathan Rehn by ECF