Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K<br>
Brooklyn, New York 11230<br>
t: (718) 783-3682<br>
e: ezra@spilkelaw.com<br>
www.spilkelaw.com

April 16, 2019

**BY ECF**
Hon. Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Jorge Rodriguez Lopez*, No. 18-CR-868-SHS

Dear Judge Stein:

    I write to respectfully request an adjournment of the sentencing hearing scheduled for April 24, 2019. I have conferred with counsel for the government, who consents to this request.

    I am still awaiting materials necessary to Mr. Rodriguez-Lopez's sentencing submission, including letters from Mr. Rodriguez-Lopez's family and supporters. This process is slightly more cumbersome than in the ordinary case because many of the letter-writers reside in Honduras and speak only Spanish. Accordingly, we are requesting an adjournment of sentencing of approximately thirty days. The original sentencing date was March 7, 2019. Mr. Rodriguez-Lopez requested an adjournment of that date, which the Court granted. The government consents to this request. Thank you for your considerate attention to this matter.

    Respectfully submitted,

    */s Ezra Spilke*
Ezra Spilke
1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
(718) 783-3682
*Counsel for Jorge Rodriguez Lopez*

Cc:   AUSA Nathan Rehn by ECF